# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA JULIA GONZALEZ, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF DESERT HOT SPRINGS, a political subdivision of the State of California; DAVID CHANG, an individual; COUNTY OF RIVERSIDE, a political subdivision of the State of California; and DOES 1-20 inclusive,<br><br>　　　　　　Defendants. | CASE NO. 5:17-cv-01397 TJH (SPx)<br>*[Assigned to the Hon. Terry J. Hatter, Jr.]*<br><br>**ORDER ON STIPULATION THAT SETTLEMENT BETWEEN PLAINTIFF MARTHA GONZALEZ AND DEFENDANTS CITY OF DESERT HOT SPRINGS AND DAUD CHANG IS MADE IN GOOD FAITH   [53]** |

　　　Having reviewed and considered the parties Stipulation that the Settlement Between Plaintiff Martha Gonzalez and Defendants City of Desert Hot Springs and Daud Chang is Made in Good Faith, signed and agreed to by all parties in this matter, the Court hereby issues the requested Order approving this Stipulation:

　　　Accordingly, IT IS HEREBY ORDERED that the January 14, 2019 settlement reached between Plaintiff Martha Gonzalez, Defendant City of Desert Hot Springs,

COLLINS COLLINS MUIR + STEWART LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

19477

**ORDER RE: STIPULATION OF GOOD FAITH SETTLEMENT**

and Defendant Daud Chang, for twenty-six thousand dollars and no cents ($26,000), is stipulated by all parties to this action to be in in "Good Faith" within the meaning of California Code of Civil Procedure sections 877 and 877.6 and *Tech-Bilt, Inc. v. Woodward Clyde & Associates* (1985) 38 Cal.3d 488.

Pursuant to this stipulation any present or future claims and/or counter claims against Defendant City of Desert Hot Springs and Defendant Daud Chang, including but not limited to, claims for equitable or implied remedies based on any comparative contribution or comparative fault, by any party or potential party, arising from the facts alleged in the operative complaint, are forever barred pursuant to California Code of Civil Procedure sections 877 and 877.6.

**IT IS SO ORDERED**

DATED: February 20, 2019

_____
HONORABLE TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

*19477*

2

**ORDER RE: STIPULATION OF GOOD FAITH SETTLEMENT**

COLLINS COLLINS MUIR + STEWART LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax   (626) 243-1111