**Christie Bodnar Swiss, Esq. (State Bar No. 245151)**
**Vanessa A. Evangelista, Esq. (State Bar No. 238474)**
**Tyler B. Thompson, Esq. (State Bar No. 306527)**
**COLLINS COLLINS MUIR + STEWART LLP**
**1100 El Centro Street**
**South Pasadena, CA  91030**
**(626) 243-1100 – FAX (626) 243-1111**
**Email:  cswiss@ccmslaw.com**
**Email:  vevangelista@ccmslaw.com**
**Email:  tthompson@ccmslaw.com**

Attorneys for Defendants, CITY OF DESERT HOT SPRINGS and DAUD CHANG (erroneously sued as DAVID CHANG)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA JULIA GONZALEZ, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY OF DESERT HOT SPRINGS, a political subdivision of the State of California; DAVID CHANG, an individual; COUNTY OF RIVERSIDE, a political subdivision of the State of California; and DOES 1-20 inclusive,<br><br>            Defendants. | CASE NO. 5:17-cv-01397  TJH (SPx)<br>*[Assigned to the Hon. Terry J. Hatter, Jr.]*<br><br>**ORDER OF DISMISSAL  [55]** |

## ORDER

The court hereby grants the dismissal of the action against City of Desert Hot

*19477*

1

**ORDER OF DISMISSAL**

Springs and Daud Chang with prejudice. The court to retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement.

**IT IS SO ORDERED.**

Dated: March 8, 2019

_____
Hon. Terry J. Hatter, Jr.
United States District Judge