UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL   **JS-6**

| Case No. | ED CV 17-1397-TJH(SPx) | Date | FEBRUARY 6, 2020 |
|---|---|---|---|

| Title | MARTHA JULIA GONZALEZ v. CITY OF DESERT HOT SPRINGS, ET AL., |
|---|---|

| Present: The Honorable | TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, and the stipulation to dismiss case filed on February 5, 2020, this case is dismissed with prejudice .

IT IS SO ORDERED.

cc: all parties